UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICK SHAWN,

       Petitioner,

 v.

TERRY ROYAL, *et al.*,

       Respondents.

Case No. 3:24-cv-00476-ART-CLB

ORDER

*Pro se* Petitioner Rick Shawn has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 1-1 ("Petition").) Shawn has not properly commenced this habeas action by either paying the standard $5.00 filing fee or filing a complete application for leave to proceed *in forma pauperis* ("IFP"). Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The Court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the 6-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2. On October 28, 2024, Shawn filed a motion for submission of document, attaching a copy of his inmate account transaction request. (ECF Nos. 3, 3-1 at 2.) This Court has yet to receive Shawn's filing fee from the NDOC, but, notably, the NDOC only sends payments to this Court once a month. As such, this Court gives Shawn until December 13, 2024, to have his filing fee paid.

It is therefore ordered that the motion for submission of document (ECF No. 3) is granted.

1

It is further ordered that on or before December 13, 2024, Shawn must pay the $5 filing fee. Alternatively, Shawn must file an IFP application on the approved form with the three supporting documents listed above on or before December 13, 2024.

It is further ordered that Shawn's failure to timely comply with this Order will result in the dismissal of the Petition without prejudice and without further advance notice.

It is further ordered that the Clerk of Court send Shawn one blank copy of the IFP application form for inmates along with instructions.

DATED THIS 4th day of November 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE