1

2                    UNITED STATES DISTRICT COURT

3                          DISTRICT OF NEVADA

4   RICK SHAWN,                          Case No. 3:24-cv-00476-ART-CLB

5                          Petitioner,        DISMISSAL
         v.                                     ORDER
6
    TERRY ROYAL, *et al.*,
7
                         Respondents.
8

9        *Pro se* Petitioner Rick Shawn filed a Petition for Writ of Habeas Corpus

10  under 28 U.S.C. § 2254 on October 16, 2024. (ECF No. 1-1.) Following an initial

11  review of Shawn's Petition, this Court issued an order, instructing Shawn to show

12  cause why his Petition should not be dismissed for a lack of jurisdiction based

13  on the Petition being second or successive. (ECF No. 7.) Specifically, this Court

14  found that (1) Shawn's Petition challenged the same July 7, 2011, judgment of

15  conviction that was challenged in case number 2:14-cv-00738-JAD-PAL, and (2)

16  the petition filed in case number 2:14-cv-00738-JAD-PAL was dismissed with

17  prejudice. (*Id.* at 3.)

18       On December 2, 2024, Shawn responded to the order to show cause. (ECF

19  No. 9.) Shawn explained that (1) his current Petition raises different claims than

20  were raised in case number 2:14-cv-00738-JAD-PAL, (2) his current Petition is

21  based on a claim of actual innocence, and (3) his first jury trial resulted in an

22  acquittal, which negated the state court's jurisdiction over his convictions in this

23  matter. (*Id.*) These explanations fail to demonstrate that the Petition is not second

24  or successive. *See* 28 U.S.C. § 2244. Accordingly, because Shawn has not been

25  given permission by the Court of Appeals for the Ninth Circuit to file his Petition,

26  this Court lacks jurisdiction over this matter. However, this Court will exercise

27  its discretionary authority to transfer the Petition to the Court of Appeals for the

28  Ninth Circuit for consideration as an application for leave to file a second-or-

1

successive petition. *See* 28 U.S.C. § 1631; 9th Cir. R. 22-3.

It is therefore ordered that the Petition (ECF No. 1-1) is referred to the Court of Appeals for the Ninth Circuit for consideration as an application for leave to file a second or successive habeas corpus petition pursuant to Ninth Circuit Rule 22-3(a).

It is further ordered that the Petition is dismissed without prejudice to its refiling should Shawn obtain permission to do so from the Court of Appeals for the Ninth Circuit. To the extent such analysis is required, a certificate of appealability is denied as reasonable jurists would not find the dismissal of the Petition to be debatable or wrong for the reasons discussed herein.

It is further ordered that the motion for appointment of counsel (ECF No. 1-2) is denied as moot.

It is further ordered that the Clerk of Court (1) file the Petition (ECF No. 1-1); (2) send a copy of the Petition (ECF No. 1-1), response to the order to show cause (ECF No. 9), and this Order to the Court of Appeals for the Ninth Circuit; (3) add Nevada Attorney General Aaron D. Ford as counsel for Respondents;[1] (4) provide the Nevada Attorney General with copies of the Petition (ECF No. 1-1), this Order, and all other filings in this matter by regenerating the notices of electronic filing; (5) enter judgment; and (6) close this case.

DATED THIS 13th day of February 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

---

[1] No response is required from Respondents other than to respond to any orders of a reviewing court.