UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICK SHAWN,<br><br>                      Petitioner,<br>    v.<br>TERRY ROYAL, *et al.*,<br><br>                     Respondents. | Case No. 3:24-cv-00476-ART-CLB<br><br>DISMISSAL ORDER |

On October 8, 2025, *Pro se* Petitioner Rick Shawn filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, submitted a motion for appointment of counsel, and paid his filing fee. (ECF Nos. 1-1 ("Petition"), 1-2, 6.) Following a review of the Petition, this Court instructed Shawn to show cause why it should not be dismissed as second or successive. (ECF No. 7.) Specifically, this Court found that (1) Shawn's Petition challenged the same July 7, 2011, judgment of conviction that was challenged in case number 2:14-cv-00738-JAD-PAL, and (2) the petition filed in case number 2:14-cv-00738-JAD-PAL was dismissed with prejudice. (*Id.* at 3.) On December 2, 2024, Shawn responded to the Order to Show Cause. (ECF No. 9.) Because Shawn's response failed to demonstrate that the Petition was not second or successive, this Court referred the Petition to the Court of Appeals for the Ninth Circuit for consideration as an application for leave to file a second or successive habeas corpus petition. (ECF No. 10.)

On September 29, 2025, the Ninth Circuit issued an Order (1) denying Shawn's application as it applies "to the Eighth Judicial District Court for Clark County, Nevada, 2011 conviction in Case No. 09C257062, which was the conviction that the district court considered in 2:14-cv-00738-JAD-PAL," and (2) denying Shawn's application as unnecessary "[t]o the extent [he] seeks to challenge his Eighth Judicial District Court convictions in Case Nos. 09C258149 and 10C261008-2." (ECF No. 17.) The Ninth Circuit then transferred Shawn's

1

application back to this Court "to be processed as a § 2254 petition with respect to Case Nos. 09C258149 and 10C261008-2." (*Id.*)

On October 8, 2025, this Court conducted another review of the Petition under the new judgments of conviction and ordered Shawn to show cause on or before November 14, 2025, why his Petition should be dismissed with prejudice as untimely. (ECF No. 21.) Notably, because Shawn was apparently no longer located at Ely State Prison, this Court requested that the Clerk send Shawn a courtesy copy of the Order to Show Cause at High Desert State Prison and ordered Shawn to file a notice of change of address on or before November 14, 2025. (*Id.*)

To date, Shawn has not filed a response to the Order to Show Cause, filed a notice of change of address, requested an extension of time to perform these tasks, or taken any other action to prosecute this case.

It is therefore ordered that this action is dismissed based on Shawn's failure to comply with the Court's Order to Show Cause. A certificate of appealability is denied, as jurists of reason would not find dismissal of this action for the reasons stated herein to be debatable or wrong.

It is further ordered that the Clerk of Court enter judgment and close this case.

DATED THIS 21st day of November 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2