UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICK SHAWN,

Petitioner,

v.

TERRY ROYAL, et al.,

Respondents.

Case No. 3:24-cv-00476-ART-CLB

EXTENSION ORDER

In this habeas corpus action, Petitioner Rick Shawn filed a motion requesting a 60-day extension of time to file an amended petition. ECF No. 43. The Court finds there is good cause to grant the request as it is made in good faith and not solely for the purpose of delay. Fed. R. Civ. P. 6(b)(1)(A); D. Nev. LR IA 6-1(a).

It is therefore ordered that the Unopposed Motion for an Enlargement of Time to File Amended Petition (Second Request) [ECF No. 43] is granted.

It is further ordered that Petitioner has through December 28, 2026, to file an amended petition.

DATED THIS 29th day of October 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE